# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  21CR3184-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| Pedro Moreno Ledezma, | **ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting date currently scheduled for January 28, 2022 at 1:30 PM be continued to March 4, 2022 at 1:30 PM.  For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated:  January 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge