# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Pedro Moreno Ledezma,<br><br>　　　　　　Defendants. | CASE NO.: 21CR3184-JLS<br><br>Hon. Janis L. Sammartino<br><br><br>**ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

　　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting date currently scheduled for March 4, 2022, be continued to April 1, 2022 at 1:30 PM. Defendant shall file an acknowledgement of the new hearing date by March 18, 2022.

　　　　For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

　　　　IT IS SO ORDERED.

Dated:  March 2, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge